**DISMISS and Opinion Filed December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01135-CV

**MICHAELA DODSWORTH, Appellant**

**V.**

**MELISSA AND WESLEY TACKER, AND TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30023-2016**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, clerk's record, and reporter's record in this case are past due. By postcard dated September 28, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 28, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

In a letter dated October 26, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written

documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. On December 5 and December 17, 2018, we received written notification from the district clerk that appellant had still not paid or made arrangements to pay for the clerk's record. We again notified appellant of the failure to pay for the record and cautioned appellant that the appeal could be dismissed for want of prosecution. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


181135F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAELA DODSWORTH, Appellant

No. 05-18-01135-CV     V.

MELISSA AND WESLEY TACKER,
AND TEXAS DEPARTMENT OF
FAMILY AND PROTECTIVE
SERVICES, Appellees

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-30023-2016.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees MELISSA AND WESLEY TACKER, AND TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES recover their costs, if any, of this appeal from appellant MICHAELA DODSWORTH.

Judgment entered December 31, 2018.

–3–